**FILED**
10/10/2007
JUN - 5 2008
Jun 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

Gary Ellison
_____
Plaintiff

v.

Micheal Minnect, Brad Curie,
John Doe1, John Doe2, John Doe3, John Doe4,
_____
Defendant(s)
Anderson Ward, Jason Danvellian, and
Micheal Sheahan

08CV3247
JUDGE LEINENWEBER
MAG. JUDGE BROWN

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, __Gary Ellison__, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions <u>under penalty of perjury</u>:

1. Are you currently incarcerated? ☒Yes ☐No (If "No," go to Question 2)
   I.D. # __K81210__ Name of prison or jail: __Menard Correctional__
   Do you receive any payment from the institution? ☐Yes ☐No Monthly amount:_____

2. Are you currently employed? ☐Yes ☒No
   Monthly salary or wages:_____
   Name and address of employer: _____

   a. If the answer is "No":
      Date of last employment: __August 2004__
      Monthly salary or wages: __varied__
      Name and address of last employer: __Carpet Cleaners, 101 Wiley RD Shaunburg IL__

   b. Are you married? ☐Yes ☒No
      Spouse's monthly salary or wages: _____
      Name and address of employer: _____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages ☐Yes ☒No
      Amount_____ Received by_____

  b. ☐ Business, ☐ profession or ☐ other self-employment ☐Yes ☒No
Amount_____Received by_____

  c. ☐ Rent payments, ☐ interest or ☐ dividends ☐Yes ☒No
Amount_____Received by_____

  d. ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
   ☐Yes ☒No
Amount_____Received by_____

  e. ☐ Gifts or ☐ inheritances ☐Yes ☒No
Amount_____Received by_____

  f. ☐Any other sources (state source:_____) ☐Yes ☒No
Amount_____Received by_____

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts? ☐Yes ☒No Total amount:_____
In whose name held:_____Relationship to you:_____

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments? ☐Yes ☒No
Property:_____Current Value:_____
In whose name held:_____Relationship to you:_____

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)? ☐Yes ☒No
Address of property:_____
Type of property:_____Current value:_____
In whose name held:_____Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
  ☐Yes ☒No
Property:_____
Current value:_____
In whose name held:_____Relationship to you:_____

8. List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒ No dependents.
_____
_____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: __6/5/2008__  

_____
Signature of Applicant

__Gary Ellison__
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.# _____, has the sum of $_____ on account to his/her credit at (name of institution) _____.
I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $_____.
(Add all deposits from all sources and then divide by number of months).

_____       _____
DATE                                    SIGNATURE OF AUTHORIZED OFFICER

_____
(Print name)

See Next Page for Certificate.

rev. 10/10/2007

-3-

Please fill out information for inmate ELLISON, K81210

## CERTIFICATE

MAY 0 0 2008

(To be completed by the institution of incarceration)

I certify that the applicant named herein, GARY ELLISON, I.D.# K81210, has the sum of $ _101.45_ on account to his credit at Menard Correctional. I further certify that the applicant had the following securities to his credit: _____.

I further certify that during the past six months the applicant's average monthly deposit was $ _46.50_. (Add all deposits from all sources and then divide by number of months).

Date: 5/8/08

_Geraldine Berry_
SIGNATURE OF AUTHORIZED OFFICER

_GERALDINE BERRY_
PRINT NAME

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date: | 5/8/2008 | | | Menard Correctional Center | | | Page 1 |
| Time: | 3:51pm | | | Trust Fund | | | |
| d_list_inmate_trans_statement_composite | | | | Inmate Transaction Statement | | | |

REPORT CRITERIA - Date: 11/01/2007 thru End;   Inmate: K81210;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: K81210 Ellison, Gary**                    **Housing Unit: MEN-E -09-05**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| | | | | | Beginning Balance: | | 27.04 |
| 11/05/07 | Mail Room | 01 MO/Checks (Not Held) | 309245 | 081781 | Refund - Music By Mail | 24.06 | 51.10 |
| 11/07/07 | Payroll | 20 Payroll Adjustment | 311159 | | P/R month of 10/2007 | 8.50 | 59.60 |
| 11/15/07 | Mail Room | 01 MO/Checks (Not Held) | 319245 | 05752942312 | Price, Michael | 20.00 | 79.60 |
| 11/15/07 | Mail Room | 01 MO/Checks (Not Held) | 3192113 | 05752942413 | Price, M | 20.00 | 99.60 |
| 11/21/07 | Point of Sale | 60 Commissary | 3257116 | 683619 | Commissary | -17.46 | 82.14 |
| 11/30/07 | Disbursements | 80 Postage | 334359 | Chk #82966 | 49795, DOC: 523 Fund Inmate Re, Inv. Date: 11/21/2007 | .97 | 81.17 |
| 12/14/07 | Point of Sale | 60 Commissary | 348779 | 687583 | Commissary | -15.38 | 65.79 |
| 01/14/08 | Mail Room | 01 MO/Checks (Not Held) | 0142113 | 05752949624 | Price, M | 25.00 | 90.79 |
| 01/15/08 | Mail Room | 01 MO/Checks (Not Held) | 0152104 | 10109425730 | Price, Felecia | 20.00 | 110.79 |
| 01/15/08 | Mail Room | 01 MO/Checks (Not Held) | 0152104 | 187794 | Coleman, Ernest | 30.00 | 140.79 |
| 01/22/08 | Mail Room | 01 MO/Checks (Not Held) | 0222113 | 10109426123 | Charles, Vanessa | 20.00 | 160.79 |
| 01/29/08 | Point of Sale | 60 Commissary | 029767 | 695844 | Commissary | -14.10 | 146.69 |
| 01/30/08 | Disbursements | 88 law manuel | 030359 | Chk #83966 | 88212423, Columbia Human Right, Inv. Date: 01/30/2008 | -30.00 | 116.69 |
| 01/30/08 | Disbursements | 88 magazines | 030359 | Chk #83982 | 88212422, Smooth Girl, Inv. Date: 01/30/2008 | -17.90 | 98.79 |
| 02/04/08 | Point of Sale | 60 Commissary | 035779 | 696094 | Commissary | 1.58 | 100.37 |
| 02/15/08 | Mail Room | 01 MO/Checks (Not Held) | 0462113 | 10042214062 | Lampkin, Lynnetta | 30.00 | 130.37 |
| 03/05/08 | Point of Sale | 60 Commissary | 065792 | 703329 | Commissary | -89.23 | 41.14 |
| 03/10/08 | Payroll | 20 Payroll Adjustment | 070169 | | P/R month of 02/2008 | .34 | 41.48 |
| 03/11/08 | Mail Room | 01 MO/Checks (Not Held) | 0712113 | 11164476756 | Price, M | 20.00 | 61.48 |
| 03/13/08 | Point of Sale | 60 Commissary | 073762 | 706169 | Commissary | -3.67 | 57.81 |
| 03/28/08 | Disbursements | 80 Postage | 088359 | Chk #84995 | 62477, DOC: 523 Fund Inmate Re, Inv. Date: 03/20/2008 | -1.65 | 56.16 |
| 04/03/08 | Point of Sale | 60 Commissary | 094746 | 709140 | Commissary | -4.11 | 52.05 |
| 04/04/08 | Payroll | 20 Payroll Adjustment | 095169 | | P/R month of 03/2008 | 9.52 | 61.57 |
| 04/18/08 | Point of Sale | 60 Commissary | 109792 | 712716 | Commissary | -10.12 | 51.45 |
| 05/06/08 | Payroll | 20 Payroll Adjustment | 127159 | | P/R month of 04/2008 | 10.00 | 61.45 |
| 05/07/08 | Mail Room | 01 MO/Checks (Not Held) | 1282113 | 4853099023 | Price, Felecia | 20.00 | 81.45 |
| 05/07/08 | Mail Room | 01 MO/Checks (Not Held) | 1282113 | 11164484316 | Price, M | 20.00 | 101.45 |

| | |
|---|---:|
| Total Inmate Funds: | 101.45 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | 101.45 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |