IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GARY FREDERICK ELLISON )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL MINNEAR, et al., )<br>)<br>Defendants. ) | Court No.: 08-CV-3247<br>JUDGE LEINENWEBER |

### NOTICE OF MOTION

TO:   ILLINOIS DEPARTMENT OF CORRECTIONS
      100 West Randolph
      Suite 4-200
      Chicago, IL  60601

PLEASE TAKE NOTICE THAT on **July 30, 2008, at 9:30 a.m.,** or as soon thereafter as this Motion may be heard, I shall appear before the Judge Harry D. Leinenweber, or any Judge sitting in his stead, in Courtroom 1941, in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and there present the attached *Motion to Withdraw as Counsel for Plaintiff, Gary Frederick Ellison,* a copy of which is hereby served upon you.

Respectfully submitted,

By: /s/James M. Lydon
James M. Lydon - Atty Bar No. 06211191

HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601
Phone No.:  312-704-3000
Fax No.:  312-704-3001
Firm No.: 90384
E-mail Address: jlydon@hinshawlaw.com

### CERTIFICATE OF SERVICE

I, the undersigned, an attorney certify that I electronically filed this Notice, Motion and attachments referenced herein through the Court's ECM/CF system which will send notification of such filing to above noted party.

Dated:  July 23, 2008                    /s/JAMES M. LYDON

6343770v1 7048395