## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Harry D. Leinenweber | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3247 | **DATE** | 7/30/2008 |
| **CASE TITLE** | Gary Ellison vs. Michael Minnear, et al | | |

**DOCKET ENTRY TEXT**

James M. Lydon, Motion to withdraw as counsel for plaintiff is granted. The Court appoints Robert W. Gray of the Law Office of Ralph Schindler, 53 W. Jackson, Suite 818, Chicago, IL 60603, 312-554-1040 to represent the plaintiff.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | WAP |
|---|---|---|