

September 1st, 2008

Judge Leinenweber,

   my name is Gary Ellison. You have recently reviewed a complaint that I filed. (08CC3247)

   My reason for writing to you is in regard to the motion for TRO. As I have not received any notice as to your decision whether to grant or deny this motion, I do not know whether you have taken any action. However, concerning the fact that the affidavit was not properly notorized, I believe there may be a chance that you chose to disregard the motion entirely.

   Your Honor, please allow me to explain that under the circumstance of constant and months long lockdown, it is nearly impossible to get called to the law library, where inmates receive notorization; and it was altogether impossible for me to get called within the time frame of my request for TRO. With respect for the courts procedures, I did complete the motion for TRO to the best of my ability, and to the extent possible without having access to the law library and notorization. Also, I did attempt to bring the issue of my needing TRO to my court appointed attorney, but I have received no response.

   My immediate reason for writing to you is to inform you that since the time that the motion for TRO left this facility, I have experienced changes in my living arrangement. I do not know whether you have contacted someone in personal concern for my safety, but since then, the cellmate who threatened my life has been removed from my enviorment.

   In his place, however, I have been celled with a visually and obviously unclean person. Because of certain articles of clothing and bedding brought into cell 905, the cell in which I reside, and also because of my cellmates " physical infestation ", I am now suffering from painful bumps upon both of my forearms, my back, and my lower legs.

   Your Honor, my pairing with this contagious person is not by coincidence. I beg of you - not as a whining inmate, but as a person wrongfully convicted, and at the whim and mercy of those who facilitated that wrongful conviction - I beg that you put a stop to this malicious and now, even more devious targeting. I ask that you consider the proof offered so far and grant the motion for TRO, even if only for the sake of preventing the possibility of further acts of cruel and unusual punishment through the means of targeted housing. Your Honor, although I am now less apprehensive of physical assault due to my situation being brought to the courts attention through the motion for TRO, I can not bear this constant assault on my mindstate and demeanor. I am not paranoid, and I reconize clearly when situations have been implimented for the

FILED
SEP 8, 2008
Sep 8, 2008
JUDGE HARRY D. LEINENWEBER
U.S. DISTRICT COURT JUDGE

purpose of facilitating my extreme discomfort - apart from the routine discomforts of living in a maximum security prison - rather it be mentally or physically. I beg for your empathy and mercy. I want only to resolve my issues against the states agents quietly, through the methods provided by law, and without the inturruptions of personal vendetta.

                                            Thank You Sincerely,
                                            Gary Ellison

P.S.- Judge, I have no plans on bothering you every 5 minutes for some form of intervention. Please grant me this relief, and I will be at ease.

                                            Thank You

Ellison K51210
P.O. Box 711
Menard IL 62259-0711

**THIS CORRESPONDENCE IS
FROM AN INMATE OF THE ILLINOIS
DEPARTMENT OF CORRECTIONS**

SAINT LOUIS MO 631
04 SEP 08 PM 01 L
USA 42

Judge Leinenweber
219 S Dearborn Street
Chicago IL 60604