U.S. DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

FILED
FEB 17 2009
Feb 17, 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Gary Ellison )
)
V )   Case No. 08 C 3247
)        08cv3247
Minnear, et al )

## MOTION FOR REINSTATEMENT OF PLAINTIFFS
## 42 USC SECTION 1983

Plaintiff, Gary Ellison, respectfully requests that Ellison V Minnear, et al 08 C 3247, be reinstated to proceed upon. In support of his motion he states:

1) In June of 2008, the plaintiff submitted pro-se a 42 USC Section 1983 complaint alleging conspiracy, cruel and unusual punishment, battery, false imprisonment and other charges against Illinois State Police investigator Micheal Minnear and Illinois Dept. of Corrections Deputy Director Brad Curie, and Director Curies subordinates.

2) In July of 2008, Magistrate Judge Brown found the plaintiffs complaint to sufficiently state a cause of action for violation of the plaintiffs civil rights.

3) The complaint was then set for amendment to reflect the dismissal of a defendant and claim not cognitizable under 42 USC Section 1983.

4) The plaintiff was also assigned professional representation, Attorney Robert Gray.

5) Attorney Gray immediately informed the court that he was overly occupied with the negotiations of employment for an international technology firm, which was so time consuming that Attorney Gray might be forced to request of the court leave to withdraw. (Exibit 1)

6) On October 21st, 2008, Attorney Gray then conferred with the plaintiff and informed the plaintiff that an amended complaint would be filed by late November, 2008.

7) However, on October 31st, 2008, Attorney Gray motioned for dismissal of the plaintiffs complaint without the plaintiffs knowledge and in disregard of the plaintiffs consent.

8) Attorney Gray refused to respond to the plaintiffs written inquiries as to the status of the plaintiffs amended complaint.

9) The plaintiff remained uninformed of this dismissal until January 16th, 2009 where the clerk of the court responded to the plaintiffs correspondance, informing the plaintiff of this dismissal. (Exibit 2)

10) The plaintiff does not wish to forego the process for redress of grievances as afforded to him by the first amendment.

11) The plaintiff respectfully states that due to the precedence of 921 F2d 1125, - " Even a (person) who hires counsel for the purpose of making decisions does not relinquish all authority to make (plea) he would never enter "; and 107 S.Ct 3221 - " Circumstances are rare when attorney is not required to follow clients instructions ", the plaintiff would sustain a 6th amendment violation if the court were to allow against the plaintiffs expressed consent Attorney Grays motion to dismiss.

WHEREFORE, the plaintiff respectfully request that this Court reinstate Ellison V Minnear, et al, 08 C 8247.

Respectfully submitted,

Gary Frederico Ellison
Pro-se
Ellison K81210
PO Box 711
Menard Il, 62259

# LAW OFFICES OF
# RALPH J. SCHINDLER, JR.

53 West Jackson Boulevard, Suite 818
Chicago, IL 60604
www.schindlerlegal.com
Tel. (312) 554-1040   Fax. (312) 554-1041

Ralph J. Schindler, Jr.*

Robert W. Gray**
Joshua M. Smith*

September 17, 2008

Honorable Harry D. Leinenweber,
Senior District Court Judge,
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Re:   Case No. 08 C 3247; Ellison v. Minnear, et al.**

Dear Judge Leinenweber:

I acknowledge receipt of the letter from your Chambers regarding an unsolicited letter from Mr. Ellison to you dated September 1, 2008.

My apologies for not having acknowledged receipt earlier. I am currently in the final negotiations of an employment agreement with a Chicago-based international technology and advertising firm as a business executive. Completion of this agreement may require me to request the Court grant me leave to withdraw. I am, however, seeking leave from this employer to maintain sufficient time annually to continue to represent a limited number of clients. If this is granted, I will not seek leave to withdraw in this case.

To date, I have reviewed Mr. Ellisons' Complaint, request for Temporary Restraining Order, and his unsolicited letter to you. I have contacted my client's father, Michael Price, and his counselor at Menard Correctional Center, Mr. Swartz, to begin independent investigation of the matters asserted. Further, I have requested a time from the Correctional Center's legal services department for a phone call with my client and await their response. Finally, I have made inquiry with his state criminal appellate lawyer for additional information related to allegations in Mr. Ellison's case before this Court.

*Licensed to practice by the State of Illinois.    **Licensed to practice by the State of Indiana.

After making my required independent assessment of the allegations, I will, of course, counsel Mr. Ellison as to whether or not to continue this litigation, what procedural posture is required, and prepare all documents for filing.

Until then, I remain,

Yours truly,

Robert W. Gray,
Attorney for Plaintiff,
Gary Ellison

cc:   Gary F. Ellison
      Department of Corrections

Exibit Two

## 08 C 3247 (Judge Leinenweber)

10/31/2008  21  MINUTE entry before the Honorable Harry D. Leinenweber:Plaintiff's complaint is dismissed without prejudice. Civil case terminated. Mailed notice (wp, ) Modified on 11/7/2008 (td, ). (Entered: 11/06/2008)

12/29/2008  26  MOTION by Plaintiff Gary Frederic Ellison to proceed pro-se. (td, ) (Entered: 12/31/2008)